# UNITED STATES DISTRICT COURT
for the

MIDDLE District of ALABAMA

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:09mj99-WC |
| APRIL DAWN WHITE NIX | ) |
| *Defendant* | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a ~~preliminary~~ *an identity* hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 10 Nov 09

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name and bar number of defendant's attorney*

*Address of defendant's attorney*

*E-mail address of defendant's attorney*

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*